IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MELVIN RAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION 05-0269-WS-M |
| ) | |
| **STATE OF ALABAMA,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 3rd day of August, 2006.

s/ WILIAM H. STEELE
UNITED STATES DISTRICT JUDGE